JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawndel J. James, | Case No. 1:23-cv-00842-SKO |
| Plaintiff, | ORDER ON STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINITFF'S OPENING BRIEF |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | (Doc. 12) |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 30, 2023 to October 30, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week.  For the weeks of August 28, 2023 and September 4, 2023, Counsel currently has 3 merit briefs and reply briefs due.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

             Respectfully submitted,

Dated: August 22, 2023   PENA & BROMBERG, ATTORNEYS AT LAW


          By: */s/ Jonathan Omar Pena*
            JONATHAN OMAR PENA
            Attorneys for Plaintiff


Dated: August 22, 2023   PHILLIP A. TALBERT
            United States Attorney
            MATHEW W. PILE
            Associate General Counsel
            Office of Program Litigation
            Social Security Administration


          By:  **/s/ Heidi  Triesch*
            Heidi  Triesch
            Special Assistant United States Attorney
            Attorneys for Defendant
            (*As authorized by email on August 22, 2023)

# **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 12), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including October 30, 2023, to file Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **August 23, 2023**                  /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE